```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJINDER KAUR, HARINDER SINGH, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; DAVID N. STILL, District Director, USCIS San Francisco District Office; GERARD HEINAUER, Director, USCIS Nebraska Service Center; <br><br> Defendants. | No. C 07-1916 EDL <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiffs by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about April 4, 2007, and Defendants' Answer is currently due on June 4, 2007.

2. Pursuant to this Court's April 4, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on July 3, 2007, and attend a case management conference on July 10, 2007.

Stip to Ext Time
C 07-1916 EDL

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendants' Answer: | July 3, 2007 |
| Last day to file Joint ADR Certification: | July 17, 2007 |
| Last day to file/serve Joint Case Management Statement: | July 31, 2007 |
| Case Management Conference: | August 7, 2007 at 10:00 a.m. |

Dated: June 4, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: June 4, 2007

/s/
ROBERT B. JOBE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 5, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge

Stip to Ext Time
C 07-1916 EDL