1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 |    Telephone: (415) 436-7124
FAX: (415) 436-7169
7 |
Attorneys for Defendants
8 |

9 |            UNITED STATES DISTRICT COURT

10 |           NORTHERN DISTRICT OF CALIFORNIA

11 |             SAN FRANCISCO DIVISION

12 | RAJINDER KAUR,                        )
HARINDER SINGH,                       )   No. C 07-1916 EDL
13 |                                       )
                Plaintiffs,            )
14 |                                       )
                v.                    )   **STIPULATION TO DISMISS AND**
15 |                                       )   **[PROPOSED] ORDER**
MICHAEL CHERTOFF, Secretary,          )
16 | Department of Homeland Security;      )
EMILIO T. GONZALEZ, Director,         )
17 | U.S. Citizenship and Immigration Services; )
DAVID N. STILL, District Director,    )
18 | USCIS San Francisco District Office;  )
GERARD HEINAUER, Director,            )
19 | USCIS Nebraska Service Center;        )
                                       )
20 |                Defendants.           )
_____ )
21 |

22 |      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 | attorney of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in

24 | light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiffs'

25 | Refugee Asylee Relative Petition (Form I-730).

26 |      Each of the parties shall bear their own costs and fees.

27 | ///

28 |

Stip to Dismiss
C 07-1916 EDL

1  Dated: July 2, 2007                     Respectfully submitted,

2                                          SCOTT N. SCHOOLS
                                           United States Attorney
3

4
                                                      /s/
5                                          ILA C. DEISS
                                           Assistant United States Attorney
6                                          Attorney for Defendants

7

8  Dated: July 2, 2007                               /s/
                                           ROBERT B. JOBE
9                                          Attorney for Plaintiffs

10

11
                                     **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.
13

14

15  Date:    July 12, 2007            _____
                                      ELIZABETH D. LAPORTE
16                                    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stip to Dismiss
C 07-1916 EDL